| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT  NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  Livingston, Debra A | 2. Court or Organization  Second Circuit | 3. Date of Report  1/13/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge nominee | 5. ReportType (check appropriate type)  ⦿ Nomination,  Date  1/9/2007  ◯ Initial  ◯ Annual  ◯ Final | 6. Reporting Period  1/1/2006  to  12/31/2006 |
| 7. Chambers or Office Address  Columbia Law School  435 W. 116th Street  New York, New York 10027 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Paul J. Kellner Professor of Law | Columbia Law School |
| 2. | Vice Dean (July 2005-July 2006) | Columbia Law School |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2/1999 | Aspen Publishers, royalty payments on sales of co-authored casebook, Comprehensive Criminal Procedure |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 3/29/05 | Aspen Publishing (book royalties) | $5650.91 |
| 2. | 4/6/06 | Aspen Publishing (book royalties) | $9808.67 |
| 3. | 2005 | Columbia Law School (salary/benefits) | $221,883.06 |
| 4. | 2006 | Columbia Law School (salary/benefits) | $270,509.06 |
| 5. | 10/13/06 | Aspen Publishing (book royalties) | $1,467.38 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Exempt | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Livingston, Debra A | 1/13/2007 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A | 1/13/2007 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. New York State Dormitory Authority, City Univ. Bond | A | Interest | J | T | Exempt | | | | |
| 2. TIAA-CREF stock (Retirement a/c) | A | Dividend | K | T | | | | | |
| 3. Fidelity Contrafund (Retirement a/c) | C | Dividend | K | T | | | | | |
| 4. Fidelity Convertible Securities (Retirement a/c) | A | Dividend | K | T | | | | | |
| 5. Fidelity Growth Co. (Retirement a/c) | A | Dividend | K | T | | | | | |
| 6. Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 7. Fidelity Magellan | D | Dividend | K | T | | | | | |
| 8. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 9. Citibank checking/savings | B | Interest | L | T | | | | | |
| 10. Brokerage #1 Citibank Bank Deposit Program | C | Interest | L | T | | | | | |
| 11. Brokerage #1 Gov't Portfolio CL A | A | Interest | J | T | | | | | |
| 12. TIAA Real Estate (Retirement a/c) | | Dividend | L | T | | | | | |
| 13. TIAA Traditional Annuity (Retirement a/c) | A | Dividend | K | T | | | | | |
| 14. Vanguard 526 Morgan Growth Admiral | D | Dividend | N | T | | | | | |
| 15. Vanguard 548 Small-Cap Admiral | B | Dividend | M | T | | | | | |
| 16. Vanguard 078 Asset Allocation | A | Dividend | K | T | | | | | |
| 17. Vanguard 081 Int'l Growth (Retirement a/c) | D | Dividend | M | T | | | | | |
| 18. Vanguard 122 Life Growth Portfolio | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A | 1/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Vanguard 163 N.Y. Tax Exempt | A | Interest | K | T | | | | | |
| 20. Vanguard 593 Growth & Income Admiral | C | Dividend | M | T | | | | | |
| 21. Vanguard Moderate Age-Based Moderate Growth | | Dividend | K | T | | | | | |
| 22. Vanguard Hi-Yield Corporate Fund (Retirement a/c) | B | Dividend | K | T | | | | | |
| 23. Vanguard Index 500 (Retirement a/c) | B | Dividend | M | T | | | | | |
| 24. Vanguard Inflation-Protected Securities (Retirement a/c) | A | Dividend | K | T | | | | | |
| 25. Vanguard REIT Index Fund (Retirement a/c) | B | Dividend | L | T | | | | | |
| 26. Vanguard Wellington Fund (Retirement a/c) | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Livingston, Debra A | 1/13/2007 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part II:
-I do not expect to receive any deferred income as described in this part. While I was employed at the University of Michigan School of Law and Columbia Law School, both employers made contributions to retirement plans on my behalf, these funds will be available to me when I reach retirement age. Harvard Law School Professor William Stuntz and I have also discussed selecting and editing a collection of criminal procedure scholarship for law students. If completed, the compilation will be published by Foundation Press.
-At present I have no agreements regarding future employment. However, I hope to be able to teach law school courses on a part-time basis at Columbia Law School. Any such engagement would be strictly subordinate to my duties as a judge and subject to the regulations and procedures governing such activity.
Part III.B:
Spouse is employed by the United States Department of Justice.
Part VII:
-TIAA retirement account statements and the statements for the NY 529 college savings account in which Vanguard Moderate Age-Based Moderate Growth is held do not report dividend/income detail. All income in all mutual funds is automatically reinvested in the given fund.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Livingston, Debra A | 1/13/2007 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date___1/13/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 88 | 048 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 7 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 821 | 767 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 165 | 334 |
| Real estate owned-add schedule | | 425 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 30 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 165 | 334 |
| | | | | Net Worth | 2 | 206 | 481 |
| Total Assets | 2 | 371 | 815 | Total liabilities and net worth | 2 | 371 | 815 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |